Case 1:00-cv-00120   Document 1   Filed in TXSD on 08/03/2000   Page 1 of 13

*COPY FOR COURT*

1

AO 243 (Rev. 5/85)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

United States District Court
Southern District of Texas
FILED

AUG 0 3 2000

Michael N. Milby
Clerk of Court

| **United States District Court** | District *SOUTHERN* | |
|---|---|---|
| Name of Movant *JUAN F. ANAYA* | Prisoner No. *736331* | Case No. |
| Place of Confinement *W.R. CLEMENTS UNIT* | **B-00-120** | |

UNITED STATES OF AMERICA       V.   *JUAN F. ANAYA*

(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack _____

   _____

2. Date of judgment of conviction *FEBRUARY 29, 1996* _____

3. Length of sentence_____

4. Nature of offense involved (all counts) _____

   _____

   _____

   _____

5. What was your plea? (Check one)
   - (a) Not guilty ☐
   - (b) Guilty ☒
   - (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   _____

   _____

   _____

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   - (a) Jury ☐
   - (b) Judge only ☒

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☒

(2)

243 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court    N/A

   (b) Result    N/A

   (c) Date of result    N/A

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

   (a)(1) Name of court    N/A

   (2) Nature of proceeding    N/A

      N/A

   (3) Grounds raised    N/A

      N/A

      N/A

      N/A

      N/A

   (4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☒

   (5) Result    N/A

   (6) Date of result    N/A

   (b) As to any second petition, application or motion give the same information:

   (1) Name of court    N/A

   (2) Nature of proceeding    N/A

      N/A

   (3) Grounds raised    N/A

      N/A

      N/A

      N/A

      N/A

~~v. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☑

(5) Result ___N/A___

(6) Date of result ___N/A___

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.     Yes ☐  No ☑
(2) Second petition, etc.    Yes ☐  No ☑

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

___N/A___
___N/A___
___N/A___
___N/A___
___N/A___
___N/A___
___N/A___
___N/A___
___N/A___
___N/A___
___N/A___
___N/A___

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(4)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

   A.  Ground one: _____

      _____

      Supporting FACTS (state *briefly* without citing cases or law) _____

      _____

      _____

      _____

      _____

      _____

   B.  Ground two: _____

      _____

      Supporting FACTS (state *briefly* without citing cases or law): _____

      _____

      _____

      _____

      _____

      _____

   C.  Ground three: _____

      _____

      Supporting FACTS (state *briefly* without citing cases or law): _____

      _____

      _____

      _____

      _____

v. 5/85)

_____
_____
_____

D.  Ground four: _____
_____
_____

Supporting FACTS (state *briefly* without citing cases or law): _____
_____
_____
_____
_____
_____
_____
_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____
_____ DID NOT File APPEAL _____
___ N / A _____
___ N / A _____
___ N / A _____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing JOHN CHOSEY FED. DEFENDER
_____

(b) At arraignment and plea JOHN CHOSEY FED. DEFENDER
_____

(c) At trial JOHN CHOSEY FED. DEFENDER
_____

(d) At sentencing JOHN CHOSEY FED. DEFENDER
_____

(6)

Case 1:00-cv-00120   Document 1   Filed in TXSD on 08/03/2000   Page 6 of 13

(e) On appeal _NONE_

_NONE_

(f) In any post-conviction proceeding _NONE_

_NONE_

(g) On appeal from any adverse ruling in a post-conviction proceeding _NONE_

_NONE_

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
(Yes) ☒ No☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ (No) ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: _N/A_

_N/A_

_N/A_

(b) Give date and length of the above sentence: _N/A_

_N/A_

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ (No) ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_NONE_
_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on
_7/24/2000_
(date)

#736331
_____
Signature of Movant

DATE: 7/24/2000

CLERK OF COURT
U.S. DISTRICT COURT
BROWNSVILLE DIVISION
SOUTHERN DISTRICT OF TEXAS
P. O. BOX 2299
BROWNSVILLE, TEXAS. 78522

RE: CASE #: 1:95-CR-00138-003

JUAN F. ANAYA
VS.
UNITED STATES OF AMERICA.

DEAR CLERK OF COURT:

PLEASE FIND ENCLOSED FOR FILING, THE ORIGINAL
AND TWO(2) COPIES OF THE ENCLOSED 2255 FORMS, WITH
ATTACHED, CERTIFICATE OF SERVICE ATTACHED AFFIRMATION,
ATTACHED, PRAYER FOR RELIEF, THE COMPLETE STATEMENT
OF THE CASE, AND COVER LETTER FOR THE CLERK OF COURT.

THANK YOU IN ADVANCE, I THUS LOOK FORWARD
TO YOUR KIND AND COURTEOUS REPLY AND RESPONSE.

RESPECTFULLY SUBMITTED,
SIGNED: _____ #736331

NAME: JUAN F. ANAYA
TDCJ-ID # 736331
W. P. CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TEXAS-
79107-9606

CC: FILE
CC: 3 COPIES TO
COURT.

# GROUND NUMBER ONE:

## (ATTACHED PAGE)

IN THE ORDER OF COURT IT HAS NOT BEEN DECLARED/ORDERED, THAT SAID SENTENCE SHOULD RUN "CONSECUTIVELY" AND DUE TO IN-EFFECTIVE ASSISTANCE OF COUNSEL AT BOTH <u>STATE</u> AND <u>FEDERAL</u> TRIALS COUNSEL FOR DEFENSE FAILED <u>TO</u> <u>REQUEST</u> <u>THAT</u> <u>STATE</u> AND <u>FEDERAL</u> <u>SENTENCES</u> <u>RUN</u> <u>CONCURRENTLY</u>.

THUS A VIOLATION OF RIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL UNDER BOTH <u>6TH AMENDMENT CLAUSE</u> U.S.C.A. U.S. CONSTITUTION, AND ARTICLE I SECTIONS 9 AND 10, TEXAS CONSTITUTION, <u>RIGHTS TO EFFECTIVE</u> <u>ASSISTANCE OF COUNSEL</u>, "AND" <u>DUE PROCESS OF LAW</u> <u>CLAUSE</u>, TO, 14TH AMENDMENT U.S.C.A., U.S. CONSTITUTION.

REQUEST IS MADE TO APPEAR BEFORE COURT TO REFORM, VACATE SENTENCE, TO RUN CONCURRENTLY, IN A BASIC NUNC PRO TUNC ORDER TO COURT.

18 U.S.C. § 3585(b)(1994) SEE: U.S. VS. HARRIS, 876 F.2d 1502, 1506-07, (11th CIRCUIT) TIME IN STATE JAIL CREDITED, TO FEDERAL SENTENCE, WHEN DEFENDANT <u>HELD</u> ON REQUEST OF FEDERAL OFFICIALS.

SECTION 3585(b) MANDATES FULL CREDIT FOR THE TOTAL CUSTODIAL PRESENTENCE DETENTION ARISING FROM BOTH STATE AND FEDERAL SENTENCES, OFFENSES, AS LONG AS THAT TIME HAS NOT BEEN CREDITED TO SOME OTHER SENTENCE AT THE TIME FEDERAL SENTENCE IMPOSED.

COMPARE: U.S. VS. BENEFIELD, 942 F.2d 60, 66-67(1st CIRCUIT, 1991) TIME SPENT IN STATE CUSTODY, <u>CREDITED TO</u> <u>FEDERAL SENTENCE</u>,.

REQUEST IS MADE TO COURT TO ORDER SENTENCE "<u>RUN CONCURRENT</u>", SO AS TO PROMOTE <u>REHABILITATION OF PETITIONER</u>.

# GROUND NUMBER TWO:

## (ATTACHED PAGE)

BY CONGRESSIONAL ACT AND LAW AND CHARTER, THE U.S. CONGRESS, PASSED LEGISLATION, THAT CLEARLY STATES ONCE A DETAINER HAS BEEN LODGED AGAINST A PRISONER, SAID AGENCY, SHOULD ACT ON SAID DETAINER, WITHIN 180 DAYS, AS A DETAINER AGAINST PRISONER. HELD FOR INDETERMINATE TIME, FORBIDS IN CASES, THE PRISONER, FROM CERTAIN EDUCATIONAL/VOCATIONAL PROGRAMS, FROM CERTAIN CUSTODY LEVELS, AND JOB ASSIGNMENTS, FROM WORKING OUTSIDE FENCE OR COMPOUND, AND DENIES REHABILITATION TO PRISONER, OR REASONABLE HOPE OF PAROLE.

THUS CONGRESSIONAL ACTS, RE: 180 DAYS ARE LIBERTY/PROPERTY INTEREST OF PRISONER, ANAYA AND WHEN NOT FOLLOWED, DUE PROCESS OF LAW VIOLATION TO 14th AMENDMENT U.S.C.A. U.S. CONSTITUTION MADE

WHEN PRISONER SUFFERS CLAIM OF CRUEL & UN-USUAL PUNISHMENT TO 8th AMENDMENT U.S.C.A. U.S. CONSTITUTION MADE, AS 8th AMENDMENT PROHIBITS. CRUEL AND UNUSUAL PUNISHMENT.

FURTHER SUPPORTED BY ARTICLE 51.14 CODE OF CRIMINAL PROCEDURE, STATE OF TEXAS, AND PETITIONERS RIGHT TO HAVE SPEEDY AND FAST DISPOSITION OF SUCH DETAINER: SEE: 6TH AND 14TH AMENDMENT U.S.C.A. U.S. CONSTITUTION.

# GROUND THREE:

(ATTACHED PAGE)

REGARDING **FACTS**:— TO SUPPORT GROUND THREE RAISED ON 2255 FORM:

THE U.S. SUPREME COURT HAS HELD THAT BY AND THROUGH THE 5th AMENDMENT U.S.C.A., U.S. CONSTITUTION:

"CREDIT MUST ALSO BE GIVEN FOR TIME SPENT IN "OFFICIAL DETENTION" PRIOR TO THE DATE THE SENTENCE COMMENCES.

THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL IS A PENAL INSTITUTION, AS IS "OFFICIAL DETENTION" PRIOR TO START OF FEDERAL SENTENCE. SEE: 19 U.S.C. § 3585(b).

CREDIT FOR STATE SENTENCE SHOULD IN ALL WAYS BE ORDERED TOWARDS 30 MONTH FEDERAL SENTENCE AND 3 YEARS OF FEDERAL SUPERVISION AS ORDERED BY U.S. DISTRICT COURT.

# "CONCLUSIONS OF LAW/PRAYER FOR RELIEF"

WHEREFORE, ALL PREMISES CONSIDERED, THE PRO SE PETITIONER, JUAN F. ANAYA PRAYS THAT THIS MOTION/BRIEF UNDER 2255 BE GRANTED IN ALL WAYS CONSIDERED.

RESPECTFULLY SUBMITTED,

SIGNED: _____ #736331

NAME: JUAN F. ANAYA-
TDCJ-ID # 736331
W. P. CLEMENTS UNIT TDCJ-ID
9601 SPUR 591
AMARILLO. TEXAS.
79107-9606

# CERTIFICATE OF SERVICE

I, JUAN F. ANAYA, HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FORE/GOING WAS THUS THIS DAY, MAILED, TO THE FOLLOWING, ADDRESS, POSTAGE PRE PAID, FIRST CLASS MAIL, TO THE FOLLOWING ADDRESS, POSTAGE PRE PAID. AS FOLLOWS, TO WIT:

CLERK OF COURT
U.S. DISTRICT COURT
P.O. BOX 2299
BROWNSVILLE, TEXAS. 78522

EXECUTED, ON THIS, THE 24 DAY, OF July, YEAR OF 2000.

RESPECTFULLY SUBMITTED,
SIGNED: _____ #736331
NAME: JUAN F. ANAYA
TDCJID # 736331
W.P. CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TEXAS-
79107-9606

"Affirmation"

PURSUANT TO, TITLE 6, OF THE TEXAS CIVIL STATUTES AND REMEDIES CODE, CHAPTER 132.00, ARTICLES 001, 002, AND 003: I, JUAN F. ANAYA, BEING PRESENTLY INCARCERATED IN AND AT THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, THE W.P. CLEMENTS UNIT, LOCATED IN AND AT, POTTER COUNTY, TEXAS, THE CITY OF AMARILLO, TEXAS, THE ZIP CODE BEING 79107-9606

DO HEREBY CERTIFY THAT THE FOREIGOING IS TRUE AND CORRECT.

EXECUTED, ON THIS, THE 24 DAY, OF July, YEAR OF 2000.

RESPECTFULLY SUBMITTED,

SIGNED: _____ #736331

NAME: JUAN F. ANAYA
TDCJID #:736331
W.P. CLEMENTS UNIT TDCJ-ID
9601 SPUR 591
AMARILLO, TEXAS,
79107-9606.