AO 240 (Rev. 6/86)   Application to Proceed

3

United States District Court
Southern District of Texas
FILED

SEP 1 1 2000

Michael N. Milby
Clerk of Court

# United States District Court
**Southern** DISTRICT OF **Texas**

**Juan F. Anaya**

v.

**USA.**

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: **C A B - 00 - 120**

---

I, **Juan F. Anaya**, declare that I am the (check appropriate box)

☒ petitioner/plaintiff      ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant      ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:




In further support of this application, I answer the following questions.

1. Are you presently employed?                    Yes ☐    No ☒

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)




   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.




2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment       Yes ☐    No ☒
   b. Rent payments, interest or dividends?                        Yes ☐    No ☒
   c. Pensions, annuities or life insurance payments?              Yes ☐    No ☒
   d. Gifts or inheritances?                                        Yes ☒    No ☐
   e. Any other sources?                                            Yes ☐    No ☒

```
JOHIAM2/DINI11              TEXAS DEPARTMENT OF CRIMINAL JUSTICE              08/18/00
SC527/ST6163                     IN-FORMA PAUPERIS DATA                       05:30:26
  TDCJ#: 00736331  SID#: 05427740  LOCATION: BILL CLEMENTS     INDIGENT DTE: 00/00/00
  NAME: ANAYA,JUAN FLORENTINO                    BEGINNING PERIOD: 02/01/00
  PREVIOUS TDCJ NUMBERS:
  CURRENT BAL:         91.16 TOT HOLD AMT:         0.00 6MTH TOT DEP:         143.01
  6MTH DEP:           200.16 6MTH AVG BAL:        49.05 6MTH AVG DEP:          33.52
  MONTH HIGHEST BALANCE TOTAL DEPOSITS      MONTH HIGHEST BALANCE TOTAL DEPOSITS
  07/00    111.24            1.36           04/00    41.77            55.83
  06/00    117.03           20.00           03/00     0.00             0.00
  05/00    102.11          121.65           02/00     1.32             1.32
  PROCESS DATE    HOLD AMOUNT    HOLD DESCRIPTION




  STATE OF TEXAS, COUNTY OF Potter
  ON THIS THE 18th DAY OF August, 2000 I CERTIFY THAT THIS DOCUMENT IS A TRUE,
  COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
  COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
  PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____
```

ROBBIE L STONE
Notary Public, State of Texas
My Commission Expires
July 10, 2004

*Robbie L Stone*