6

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 21 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN F. ANAYA, | § | |
|    Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-00-120 |
| VS. | § | |
| | § | CRIMINAL NO. B-95-00138-003 |
| UNITED STATES OF AMERICA, | § | |
|    Defendant-Respondent. | § | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Juan F. Anaya ("Anaya") has filed a petition pursuant to 28 U.S.C. § 2255 (Docket No. 1) seeking to have his 30 month sentence for possession with intent to distribute a controlled substance set aside. The government has filed an answer which incorporates a Motion to Dismiss. (Docket No. 5). For the reasons set forth below, the government's motion should be granted.

### BACKGROUND

Pursuant to a plea agreement, Anaya pled guilty to one count of a five count indictment, two of the counts charged him with conspiracy to possess and possession with intent to distribute drugs. The remaining counts of the indictment charged Anaya with firearms offenses. The plea agreement, *inter alia*, called for the dismissal of the counts to which Anaya did not plead guilty. A final judgment was entered on June 22, 1996. Anaya did not appeal.

An amended judgment was signed on August 13, 1999, pursuant to Fed. R. Cr. P. 36 to correct a clerical error in the original judgment. The original judgment did not reflect the dismissal of the counts to which Anaya did not plead.

# RECOMMENDATION

Anaya's § 2255 petition is time barred. His time to file this petition expired on June 22, 1997, following the expiration of the time for filing his notice of appeal. The entry of an amended judgment to correct a clerical error does not start the clock ticking again. *Rezzonico v. H & R Block*, 182 F.3d 144, 151 (2nd Cir. 1999).

IT IS THEREFORE RECOMMENDED that the government's Motion to Dismiss be **GRANTED**. IT IS FURTHER RECOMMENDED that Juan F. Anaya's Habeas Petition be **DISMISSED**.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).

DONE at Brownsville, Texas, this 21st day of September, 2000.

John Wm. Black
United States Magistrate Judge

2