IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States Courts
Southern District of Texas
FILED
OCT 06 2000
Michael N. Milby, Clerk
BT

JUAN F. ANAYA
  PLAINTIFF-PETITIONER    *    CIVIL ACTION NO. B-00-120

VS.    *

UNITED STATES OF AMERICA    *    CRIMINAL NO. B-95-00138-003
  DEFENDANT-RESPONDENT

### PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS, AND RECOMMENDATION IN A MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS IS A MOTION FOR EXTENSION OF TIME TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS, AND RECOMMENDATION IN A MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN A 28 USCA SEC. 2255 PROCEEDING AND IS BEING FILED IN ACCORD TO RULE 6 ET SEQ OF THE FEDERAL RULES OF CIVIL PROCEDURE. AND THE PETITIONER WILL SHOW THIS HONORABLE UNITED STATES DISTRICT COURT THE FOLLOWING:

### I.

(1) THE PETITIONER RECIEVED SAID RECOMMENDATION FROM THE MAGISTRATE JUDGE AND THE (10) TEN DAYS TIME FOR THE PETITIONER'S TIME TO FILE WRITTEN OBJECTIONS WILL EXPIRE ON THE 10TH DAY OF OCTOBER 2000. AND IF THE PETITIONER IS FORCED TO MEET THIS DEADLINE: HE WILL BE HIGHLY OBSTRUCTED TO OFFER A COMPETENT OBJECTION SUPPORTED BY CASE LAW DUE TO THE FOLLOWING ISSUES:

### II.

(2) THE PETITIONER IS PRESENTLY CONFINED IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE-INSTITUTIONAL DIVISION. AT PRESENT THE PETITIONER'S ONLY ALLOWED (3) THREE BOOKS A DAY AT ONLY THREE DAYS OUT OF A WEEK AND THIS FACT IS WHAT MOVES THE PETITIONER TO SEEK AN EXTENSION OF TIME OF THE AMOUNT OF (5) FIVE DAYS FROM ORIGINAL DATE OF EXPIRATION TO AFFORD HIM THE LEGAL AVAILABILITY TO PRESENT HIS WRITTEN OBJECTION IN DUE DILIGENCE THAT WILL BE SUPPORTED BY CASE LAW.

## III.

(3) THE PETITIONER REQUEST/MOVES THIS HONORABLE COURT TO EXTEND SAID DEADLINE DATE TO THE DATE OF OCTOBER 11:, 2000 TO AFFORD THE OPPORTUNITY TO PROPERLY AND ISSUE A TIMELY OBJECTION IN ACCORD WITH RULE 6 ETSEQ OF FED. R. CIV. PROC.

WHEREFORE UPON ALL PREMISES CONSIDERED, THE PETITIONER PRAYS THAT THE COURT GRANT HIM AN EXTENSION OF TIME TO FILE THE WRITTEN OBJECTION TO THE MAGISTRATE JUDGE'S RECOMMENDATION AND ASSESS THE EXPIRATION OR DEADLINE DATE TO EXPIRE ON THE 11TH DAY OF OCTOBER 2000.

_____
SIGNATURE OF PETITIONER

THIS IS TO SAY AND CERTIFY THAT ALL ALLEGATION HEREIN ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION AND SWEAR BY PENALTY OF PERJURY THAT ALL IS SO. 28 USCA 1746

_____
JUAN F. ANAYA #
9601 SPUR 591
AMARILLO, TX 79107

PAGE: 2-OF-2